# Court of Appeals
# of the State of Georgia

ATLANTA,  February 10, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1090. SHANITA R. GRAY v. JEFFREY COOPER et al.**

Shanita Gray filed a medical malpractice claim against Dr. Jeffrey Cooper and Cooper Pediatrics. On July 2, 2019, the trial court dismissed the complaint based upon Gray's failure to file an expert affidavit. Gray filed a motion for reconsideration, which the trial court denied on July 30, 2019. On August 26, 2019, Gray filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). The filing of a motion for reconsideration does not extend the time for filing a notice of appeal, and the denial of a motion for reconsideration is not itself a directly appealable order. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Here, Gray's notice of appeal, was filed 55 days after entry of the order dismissing her complaint. The notice of appeal is thus untimely.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 02/10/2020*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

               *, Clerk.*